File:  GBH (Also JM)

STAFF-STUDENT RELATIONS

The relationship between the District's staff and students must be one of cooperation, understanding, and mutual respect.  Staff members have a responsibility to provide an atmosphere conducive to learning and to motivate each student to perform to his/her capacity.

Staff members should strive to secure individual and group discipline, and should be treated with respect by students at all times.  By the same token, staff members should extend to students the same respect and courtesy that they, as staff members, have a right to demand.

Although it is desired that staff members have a sincere interest in students as individuals, partiality and the appearance of impropriety must be avoided.  Excessive informal and/or social involvement with students is prohibited.  Such conduct is not compatible with professional ethics and, as such, will not be tolerated.

Staff members are expected to use good judgment in their relationships with students both inside and outside of the school context including, but not limited to, the following guidelines.

1. Staff members shall not make derogatory comments to students regarding the school, its staff, and/or other students.

2. The exchange of purchased gifts between staff members and students is discouraged.

3. Staff-sponsored parties at which students are in attendance, unless they are a part of the school's extracurricular program and are properly supervised, are prohibited.

4. Staff members shall not fraternize, written or verbally, with students except on matters that pertain to school-related issues.

5. Staff members shall not associate with students at any time in any situation or activity which could be considered sexually suggestive or involve the presence or use of tobacco, alcohol or drugs.

6. Dating between staff members and students is prohibited.

7. Staff members shall not use insults or sarcasm against students as a method of forcing compliance with requirements or expectations.

8. Staff members shall maintain a reasonable standard of care for the supervision, control and protection of students commensurate with their assigned duties and responsibilities.

9. Staff members shall not send students on personal errands.

Tiffin City School District, Tiffin, Ohio

<u>File</u>:  GBH (Also JM)

10.   Staff members shall, pursuant to law and Board policy, immediately report any suspected signs of child abuse or neglect.

11.   Staff members shall not attempt to counsel, assess, diagnose or treat a student's personal problem relating to sexual behavior, substance abuse, mental or physical health and/or family relationships but, instead, should refer the student to the appropriate individual or agency for assistance.

12.   Staff members shall not disclose information concerning a student, other than directory information, to any person not authorized to receive such information.  This includes, but is not limited to, information concerning assessments, ability scores, grades, behavior, mental or physical health, and/or family background.

<u>Social Networking Web Sites</u>

1.   District staff who have a presence on social networking web sites are prohibited from posting data, documents, photographs or inappropriate information on any web site that might result in a disruption of classroom activity. The Superintendent/designee has full discretion in determining when a disruption of classroom activity has occurred.

2.   District staff is prohibited from providing personal social networking web site passwords to students.

3.   Fraternization between District staff and students via the Internet, personal e-mail accounts, personal social networking web sites and other modes of virtual technology is also prohibited.

4.   Access of personal social networking web sites during school hours is prohibited.

Violation of the prohibitions listed above will result in staff and/or student discipline in accordance with State law, Board policies and regulations, the Staff and Student Codes of Conduct and handbooks and/or staff negotiated agreements.  Nothing in this policy prohibits District staff and students from the use of education web sites and/or use of social networking websites created for curricular, cocurricular or extracurricular purposes.

[Adoption date:  April 6, 1992]
[Re-adoption date:  July 23, 2001]
[Re-adoption date:  June 23, 2009]
[Re-adoption date:  December 21, 2010]

2 of 3

Tiffin City School District, Tiffin, Ohio

File:  GBH (Also JM)

LEGAL REFS.:          ORC 3313.20

CROSS REFS.:          GBC, Staff Ethics
                     GBCA, Staff Conflict of Interest
                     GBCB, Staff Conduct
                     GBI, Staff Gifts and Solicitations
                     HBH, District Websites
                     JFC, Student Conduct (Zero Tolerance)
                     JG, Student Discipline
                     JHF, Student Safety
                     JHG, Reporting Child Abuse
                     JL, Student Gifts and Solicitations
                     JO, Student Records
                     KBA, Public's Right to Know
                     Staff Handbooks
                     Student Handbooks

CONTRACT REF.:        Teachers' Negotiated Agreement
                     Support Staff Handbook

3 of 3

Tiffin City School District, Tiffin, Ohio