

**ADMINISTRATION BLDG.**
**244 S. MONROE ST.**
**TIFFIN, OH 44883**
**419.447.2515 PHONE**
**419.448.5202 FAX**
**WWW.TIFFINCITYSCHOOLS.ORG**

**March 11, 2025**

**Allegations and Corrective Action Summary For Dr. Gao:**

On or about March 5, 2025, the district was made aware of the following allegations against Dr. Harry Gao:

1. **Intrusion on Personal Space:** Allegations suggest Dr. Gao was intruding on students' personal space during interactions.

**Corrective Action:** Dr. Gao will maintain appropriate distance from students as to not make them feel uncomfortable.

2. **Sexist Comments and Behavior:** Allegations suggest Dr. Gao speaks negatively towards female students and at times makes "sexist comments".

**Corrective Action:** Dr. Gao will speak with, and to, all students in a positive and professional manner at all times.

3. **Physical Contact and Personal Boundaries:** Allegations suggest Dr. Gao has touched female students on their arms, backs and hips for selfies.

**Corrective Action:** Dr. Gao will maintain appropriate distance from students as to not make them feel uncomfortable.

4. **Gender-Based Discrimination:** Allegations suggest Dr. Gao comments to female students in a way that could be considered belittling and or degrading.

**Corrective Action:** Dr. Gao will speak with, and to, all students in a positive and professional manner at all times.

5. **Unprofessional Behavior:** Allegations suggest Dr. Gao uses disrespectful and inappropriate language towards his colleagues.

**Corrective Action:** Dr. Gao will maintain professional relationships with his colleagues at all times and respect instructional time.

---

Our Vision: Tiffin City Schools – Great Schools! Great Students! Great Future!

Although Dr. Gao maintains that most of the allegations are false and retaliatory in nature, this action plan was developed in response to conversations that Dr. Gao had with Mrs. Tuite, Mr. Murray, Mr. Nadeau and Mr. Boes.

Additionally, It's important to note that this most recent incident is the third incident brought to the high school's administration since the Spring of 2024. The previous two incidents were addressed by the high school principal at that time and were similar in nature.

As an opportunity for Dr. Gao to continue his professional development as an educator, it is highly recommended that he reviews the following courses found in Public School Works:
1. Course # M-194 "Code of Professional Conduct for Educators
2. Course #M-348 "Behavior Management in the Classroom

Failure to comply with the aforementioned corrective actions may lead up to any and all disciplinary action including termination.

**\*By signing below does not indicate guilt to the above allegations; rather, it acknowledges the receipt of the information and that failure to comply may lead up to disciplinary action.**

Dr. Gao - Teacher

Mr. Nadeau - Superintendent

Ms. Jones – TEA President

Mr. Boes – Asst. Superintendent